# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TANYA DOLISON, Individually and as a Representative of the Class,<br>Plaintiff,<br><br>v.<br><br>SAVASENIORCARE ADMINISTRATIVE SERVICES, LLC,<br>Defendant. | CIVIL ACTION<br><br><br><br>NO. 15-3135 |

## O R D E R

**AND NOW**, this 12th day of February, 2019, upon consideration of Plaintiff's Motion for Class Certification (Document No. 45, filed March 16, 2018), Defendant's Response in Opposition to Plaintiff's Motion for Class Certification (Document No. 57, filed April 27, 2018), Plaintiff's Reply in Support of Motion for Class Certification (Document No. 61, filed May 25, 2018), Defendant's Motion to Dismiss Plaintiff's Claim for Lack of Standing (Document No. 47, filed March 23, 2018), Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss (Document No. 52, filed April 20, 2018), and Defendant's Reply in Support of its Motion to Dismiss Plaintiff's Claim for Lack of Standing (Document No. 60, filed May 18, 2018), for the reasons stated in the accompanying Memorandum dated February 12, 2019, **IT IS ORDERED** as follows:

  1. That part of defendant's Motion to Dismiss Plaintiff's Claim for Lack of Standing seeking dismissal of named plaintiff Tanya Dolison's individual claims in the Second Amended Complaint is **GRANTED** and those claims are **DISMISSED WITH PREJUDICE**;

  2. That part of defendant's Motion to Dismiss Plaintiff's Claim for Lack of Standing seeking dismissal of the claims of the putative class asserted in the Second Amended Complaint is **GRANTED** and those claims are **DISMISSED WITHOUT PREJUDICE**;

3. Plaintiff's Motion for Class Certification is **DENIED**.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

**DuBOIS, JAN E., J.**